IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02580-MSK-KLM

CARL J. THOMPSON,

    Plaintiff,

v.

TREE OF LIFE, INC., a Delaware corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Unopposed Motion to Amend** [Docket No. 35; Filed March 23, 2009] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

    IT IS FURTHER **ORDERED** that the Clerk shall docket the Second Amended Complaint and Jury Demand [Docket No. 35-2] as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Defendant shall answer or otherwise respond to the Second Amended Complaint and Jury Demand within **ten (10) days** of the date of this Minute Order.

Dated: March 24, 2009